# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KATHLEEN HUNT | § | |
| | § | 5:21-CV-346 |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION: |
| | § | |
| ASI LLOYDS | § | |
| | § | |
| Defendant | § | JURY DEMANDED |

## <u>NOTICE OF REMOVAL INDEX OF MATTERS</u>

ASI LLOYDS, Defendant in the above-entitled and numbered cause, provides this index of matters being filed together with the documents and information required by 28 U.S.C. § 1446(a):

Exhibit A:    Index of matters being filed.

Exhibit B:    All executed process, all pleadings asserting causes of action, all answers to such pleadings, all orders signed by the state judge and the docket sheet.

Exhibit C:    A list of all counsel of record, including addresses, telephone numbers and parties represented.