# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| KATHLEEN HUNT | § | |
| --- | --- | --- |
| | § | 5:21-CV-346 |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION: |
| | § | |
| ASI LLOYDS | § | |
| | § | |
| Defendant | § | JURY DEMANDED |

## LIST OF ALL COUNSEL OF RECORD

Perry J. Dominguez
State Bar No.: 24055414
PERRY DOMINGUEZ LAW FIRM, PLLC
2101 NW Military Hwy
Castle Hill, Texas 78213
Phone: (210) 562-2879
Facsimile: (210) 570-2322
Email: perry@pdattorney.com
***Attorney for Plaintiff***

Michael I. Ramirez
State Bar No.: 24008604
David A. DuBois
State Bar No.: 24098871
McCOY LEAVITT LASKEY LLC
20726 Stone Oak Parkway, Suite 116
San Antonio, Texas 78258
Phone: (210) 446-2828
Facsimile: (262) 522-7020
Email: mramirez@mlllaw.com
      ddubois@mlllaw.com
***Attorneys for Defendant***