IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KATHLEEN HUNT, | § § § | |
| *Plaintiff*, | § § | |
| VS. | § § | Case No. 5-21-CV-00346-JKP |
| ASI LLOYDS | § § § | |
| *Defendant.* | § | |

## JOINT ADR REPORT

Pursuant to the Court's Scheduling Order[1] and Local Rule CV-88, Plaintiff Kathleen Hunt ("Plaintiff") and defendant ASI Lloyds ("ASI") (collectively, the "Parties"), file this Joint Alternative Dispute Resolution Report, respectfully showing the Courts as follows:

### INFORMATION REQUIRED BY RULE CV-88(b)

1. **Status of Settlement Negotiations.** As required by the Court's Scheduling Order, Plaintiff submitted a written offer of settlement on September 8, 2021. ASI is required to respond by September 22, 2021 in accordance with the Court's Scheduling Order.

2. **Identity of the person responsible for settlement negotiations.** Plaintiff's counsel, Perry J. Dominguez II, and ASI's counsel, Michael I. Ramirez, and David A. DuBois are responsible for settlement negotiations.

3. **Whether alternative dispute resolution is appropriate in this case.** The Parties agree ADR is appropriate for this case, and that mediation is the method most likely to result in a

---

[1] Doc. 15.

mutually agreeable resolution of the Parties' dispute.  The parties will confer and agree to a mediator in this matter.

4. **Timing for Alternative Dispute Resolution.**  The parties anticipate working to schedule mediation after plaintiff's deposition has been completed. Plaintiff's deposition is presently scheduled for September 24, 2021.

    Respectfully submitted,

    **PERRY DOMINGUEZ LAW FIRM PLLC**
    2101 NW Military Hwy
    Castle Hills, Texas 78213
    (210) 562-2879 Telephone
    (210) 570-2322 Facsimile

By: */s/ Perry Dominguez*
    Perry J. Dominguez II
    State Bar No. 24055414
    Email:  perry@pdattorney.com

    OF COUNSEL:

    Marc K. Whyte
    State Bar No. 24056526
    Email:  mwhyte@whytepllc.com
    WHYTE PLLC
    2101 NW Military Hwy
    Castle Hills, Texas 78213
    (210) 562-2874 Telephone
    (210) 562-2873 Facsimile

    **ATTORNEYS FOR PLAINTIFF**

    And

    **McCOY LEAVITT LASKEY LLC**
    20726 Stone oak Parkway, Suite 116
    San Antonio, Texas 78258
    (210) 446-2828 Telephone
    (262) 522-7020 Fax

By: */s/ David A. DuBois*
    David A. DuBois

State Bar No. 24098871
Email:  ddubois@mlllaw.com
Michael I. Ramirez
State Bar No. 24008604
Email:  mramirez@mlllaw.com

**ATTORNEYS FOR DEFENDANT
ASI LLOYDS, INC.**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this 8th day of September 2021 to:

Michael I. Ramirez
David A. DuBois
McCoy Leavitt Laskey LLC
20726 Stone Oak Parkway, Ste. 116
San Antonio, TX 78258

**ATTORNEYS FOR DEFENDANT**

*/s/ Perry Dominguez*
Perry J. Dominguez II