IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KATHLEEN HUNT | § | |
| | § | 5:21-CV-346-JKP |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION: |
| | § | |
| ASI LLOYDS | § | |
| | § | |
| Defendant | § | JURY DEMANDED |

**JOINT REPORT REGARDING STATUS OF SETTLEMENT NEGOTIATIONS**

Pursuant to the Court's Scheduling Order [Doc. 15] and Local Rule CV-88, Plaintiff Kathleen Hunt ("Plaintiff") and Defendant ASI Lloyds ("ASI") (collectively, the "Parties") file this Joint Report Regarding Status of Settlement Negotiations, respectfully showing the Court as follows:

**INFORMATION REQUIRED BY RULE CV-88(g)**

1. **Notice of Outcome.** The Parties attended and participated in mediation with Don Philbin on December 22, 2021. Although the Parties negotiated in good faith, they were not able to resolve this matter during mediation. Following mediation, Mr. Philbin submitted a mediator's proposal to counsel for the Parties, setting forth the sum for which Mr. Philbin believed the Parties could agree to settle the case. The Parties are presently considering Mr. Philbin's mediator's proposal, and should reach a decision as to whether to accept the proposal on or before December 31, 2021. If the proposal is accepted by both Parties, the case will be settled.

2. **Style and Number of Case.** *Kathleen Hunt v. ASI Lloyds,* U.S. District Court, Western District of Texas, San Antonio Division. Cause No.: 5:21-CV-346-JKP.

1

3. **Type of Case**. This is a first-party property damage case. Plaintiff Kathleen Hunt claims that her residential property was damaged by a water leak from a water heater that occurred on or about March 9, 2019. Plaintiff has filed suit against her homeowner's insurance carrier, Defendant ASI, claiming, *inter alia*, that Defendant failed to properly adjust her claim and failed to pay her for all amounts due under the policy.

4. **Method of ADR**. The Parties attended and participated in mediation with Don Philbin on December 22, 2021.

5. **Whether the Case Settled.** The case has not settled as of this filing. After mediation was concluded, Mr. Philbin submitted a mediator's proposal to counsel for the Parties, setting forth the sum for which Mr. Philbin believed the Parties could agree to settle the case. The Parties are presently considering Mr. Philbin's mediator's proposal, and should reach a decision as to whether to accept the proposal on or before December 31, 2021. If the proposal is accepted by both Parties, the case will be settled.

        Respectfully submitted,

        **PERRY DOMINGUEZ LAW FIRM PLLC**
        2101 NW Military Hwy
        Castle Hills, Texas 78213
        (210) 562-2879 Telephone
        (210) 570-2322 Facsimile

    BY:   */s/ Perry J. Dominguez, II*
        PERRY J. DOMINGUEZ, II
        State Bar No. 24055414
        Email: perry@pdattorney.com

OF COUNSEL:

Marc K. Whyte
State Bar No. 24056526
Email: mwhyte@whytepllc.com
WHYTE PLLC
2101 NW Military Hwy
Castle Hills, Texas 78213
(210) 562-2874 Telephone
(210) 562-2873 Facsimile

**ATTORNEYS FOR PLAINTIFF**

**McCOY LEAVITT LASKEY, LLC**

20726 Stone Oak Parkway, Suite 116
San Antonio, Texas 78258
(210) 446-2828
(262) 522-7020 (FAX)

BY:    */s/ David A. DuBois*
       MICHAEL I. RAMIREZ
       State Bar No. 24008604
       E-mail: mramirez@mlllaw.com
       DAVID A. DuBOIS
       State Bar No. 24098871
       E-mail: ddubois@mlllaw.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on December 24, 2021 under the Court's CM/ECF system which sends notice of electronic filing to counsel of record in this case.

| | |
|---|---|
| Perry J. Dominguez II | Fax No.: 210/570-2322 |
| PERRY DOMINGUEZ LAW FIRM PLLC | Email: perry@pdattorney.com |
| 2101 NW Military Hwy. | |
| Castle Hills, Texas 78213 | |

                                             */s/ David A. DuBois*
                                          MICHAEL I. RAMIREZ
                                          DAVID A. DuBOIS