UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KATHLEEN HUNT, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-21-CA-346-JKP |
| ASI LLOYDS, | § § | |
| Defendant. | § § | |

## ORDER RETURNING CASE
## TO DISTRICT COURT

All matters for which this case was referred to the Magistrate Judge having been considered and acted upon, it is hereby **ORDERED** that the above-entitled and numbered cause is **RETURNED** to the District Court for all purposes

**SIGNED** on January 13, 2022.

Henry J. Bemporad
United States Magistrate Judge